# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                           **Case Number: 5:03-cr-73-Oc-10GRJ**

**HAROLD HAMPTON ROLLE**

**USM Number: 43176-018**

Rick Carey, FPD
201 S.W. Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number 1, 2, 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of Crack Cocaine and Sale of Crack Cocaine | March 29, 2007 |
| 2 | Possession of Crack Cocaine in violation of the Condition 7 of the Standard Conditions of Supervision | March 29, 2007 |
| 3 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | August 6, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: March 20, 2008

_____

**UNITED STATES DISTRICT JUDGE**

March 24, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

HAROLD HAMPTON ROLLE
5:03-cr-73-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months and 1 day**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case